IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MATTIE STROUSS                                                                                  PLAINTIFF

V.                                              NO. 15-2003

CAROLYN COLVIN,
Acting Commissioner of the Social Security Administration                 DEFENDANT

## **O R D E R**

For reasons stated in a memorandum opinion of this date, the Court hereby remands this case to the Commissioner for further consideration pursuant to sentence six of 42 U.S.C. § 405(g).

IT IS SO ORDERED AND ADJUDGED this 26th day of May, 2015.

*/s/ Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE